Official Form 1 (4/07)

| United States Bankruptcy Court<br>Eastern District of Tennessee | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Propex Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Propex Fabrics, Inc.; FKA Propex Geosolutions Corporation; FKA SI Concrete Exchange LLC; FKA SI Concrete Holdings LLC; FKA SI Geosolutions Exchange LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**36-2692811** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6025 Lee Highway, Suite 425**<br>**Chattanooga, TN**<br>ZIP Code **37421** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hamilton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor   **Georgia**<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:   **Chapter 11 Debtors**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 100,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ☐ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ■ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ■ More than $100 million |
|---|---|---|---|---|

Official Form 1 (4/07) FORM B1, Page 2

| **Voluntary Petition** (This page must be completed and filed in every case) | Name of Debtor(s): **Propex Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **See Attached** | Case Number: | Date Filed: |
| District: **Eastern District of Tennessee** | Relationship: **See Attached** | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07) | FORM B1, Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Propex Inc.** |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| Signature of Attorney | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X *[signature]*<br>Signature of Attorney for Debtor(s)<br>**Mark W. Wege 21074225**   **Shelley D. Rucker**<br>Printed Name of Attorney for Debtor(s)  **TN Bar No. 010098**<br>**King & Spalding LLP**   **Miller & Martin PLLC**<br>Firm Name  **832 Georgia Ave., Ste. 1000**<br>**1100 Louisiana, Suite 4000**   **Chattanooga, GA 37402-2289**<br>**Houston, TX 77002**   **Tel: 432-785-8289 Fax: 432-785-8480**<br><br>Address<br><br>**713-751-3200  Fax: 713-751-3290**<br>Telephone Number<br>**1/18/08**<br>Date | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *[signature]*<br>Signature of Authorized Individual<br>**Lee McCarter**<br>Printed Name of Authorized Individual<br>**Executive Vice President and CFO**<br>Title of Authorized Individual<br>**1-18-08**<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

## PENDING BANKRUPTCY CASES FILED ATTACHMENT

| Name of Debtor | Relationship |
| --- | --- |
| Propex Holdings Inc. | Parent |
| Propex Inc. | Subsidiary |
| Propex Concrete Systems Corporation | Subsidiary |
| Propex Fabrics International Holdings I Inc. | Subsidiary |
| Propex Fabrics International Holdings II Inc. | Subsidiary |

## United States Bankruptcy Court
### Eastern District of Tennessee

In re    **Propex Inc.**
_____,
                Debtor

Case No._____

Chapter_____**11**_____

## Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **333-122829**    .

2. The following financial data is the latest available information and refers to debtor's condition on **September 30, 2007**    .

    a. Total assets                                    $    **585,700,000.00**

    b. Total debts (including debts listed in 2.c.,below)    $    **527,400,000.00**

                                                                                        Approximate
                                                                                        number of
    c. Debt securities held by more than 500 holders.                                   holders

        secured / /    unsecured / /    subordinated / /    $_____**Unknown**    _____
        secured / /    unsecured / /    subordinated / /    $_____**Unknown**    _____
        secured / /    unsecured / /    subordinated / /    $_____**Unknown**    _____
        secured / /    unsecured / /    subordinated / /    $_____**Unknown**    _____
        secured / /    unsecured / /    subordinated / /    $_____**Unknown**    _____

    d. Number of shares of preferred stock              _____0__    _____0__
    e. Number of shares of common stock                 _____10    _____1__

    Comments, if any:
    **Total assets and liabilities provided on a condensed, consolidated basis in the September 30, 2007 10-Q.**

3. Brief description of debtor's business:
    **Producer of carpet backing, manufacturer and marketer of woven and nonwoven polypropylene fabrics and fibers used in geosynthetic and other industrial applications**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
    **Propex Holdings Inc.**

## PROPEX, INC.

### CERTIFICATE OF RESOLUTIONS

I, Lee McCarter, Executive Vice President and Chief Financial Officer of Propex Inc., a Delaware corporation (the "Company"), hereby certifies that the attached is a true and correct copy of resolutions duly adopted at a special meeting of the Board of Directors of Propex Inc. on January 17, 2008, in accordance with the requirements of applicable Delaware law and that said resolutions have not been modified or rescinded, and are still in full force and effect on the date hereof.

IN WITNESS WHEREOF, I have hereunto set my hand this 18th day of January, 2008.

**PROPEX INC.**

_____
Lee McCarter
Executive Vice President and Chief Financial Officer of
Propex Inc.

4496938_1.DOC

RESOLUTIONS RELATING TO
REORGANIZATION OF
PROPEX INC.

**RESOLVED**, that Propex Inc. (the "Company") be, and it hereby is authorized to file with the United States Bankruptcy Court for the Eastern District of Tennessee, Southern Division (the "Bankruptcy Court") a voluntary petition for reorganization pursuant to Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"), and to perform any and all such acts as the President or any Executive Vice President or the Chief Financial Officer or any other officer of the Company so designated by the Board or the President (individually, each an "Authorized Officer" and collectively the "Authorized Officers") deems to be reasonable, advisable, expedient, convenient, proper, or necessary to effect the foregoing;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and empowered to execute and deliver and file or cause to be filed with the Bankruptcy Court, on behalf of the Company, respectively, a voluntary petition of the Company pursuant to Chapter 11 of the Bankruptcy Code and any and all other documents necessary or appropriate in connection therewith, each in such form or forms as the Authorized Officers, respectively, so acting may approve;

**FURTHER RESOLVED**, that the Company be, and hereby is, as a debtor and debtor-in-possession under Chapter 11 of the Bankruptcy Code, authorized to borrow funds in such amounts, from such lenders and on such terms as may be approved by any one or more of the Authorized Officers from time to time as such Authorized Officers may determine to be necessary for the continuation of the affairs of the Company, including but not limited to a Debtor-in-Possession Financing Agreement, and, in connection therewith, that the Company be, and hereby is authorized to grant security interests in and liens upon all or substantially all of the Company's and its subsidiaries' assets, respectively, as may be deemed necessary or appropriate by such Authorized Officer(s) in connection with such borrowings;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and empowered to execute and deliver for and on behalf of the Company, as debtors and debtors in possession, such promissory notes, loan agreements, security agreements, and any and all other such agreements, instruments, and documents as may be necessary or appropriate to facilitate the transactions contemplated by the foregoing resolution (the "Financing Documents") and that the Financing Documents containing such provisions, terms, conditions, covenants, warranties, and representations as may be deemed necessary or appropriate by such Authorized Officer(s) so acting are hereby approved;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and empowered to retain, on behalf of the Company, the law firm of KING & SPALDING L.L.P. to act as counsel in the representation of the Company and its subsidiaries as debtors and debtors-in-possession, in any case(s) commenced by them under the Bankruptcy Code and in all matters arising in connection therewith, and such other officers, attorneys, financial advisors, and accountants as the Authorized Officer(s) so acting shall deem necessary or appropriate;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and empowered, on behalf of the Company, in connection with any case(s) commenced voluntarily under Chapter 11 of the Bankruptcy Code, to file or cause to be filed with the Bankruptcy Court, Plan(s) of Reorganization, together with any amendments or modifications thereto or restatements thereof (the "Plan") providing for the restructuring and reorganization of the Company upon such terms as the Authorized Officer(s), respectively, executing the same shall deem necessary or appropriate;

-2-

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and empowered, on behalf of the Company, to file or cause to be filed with the Bankruptcy Court, Disclosure Statement(s) and Solicitation of Ballots for the Plan(s), together with any amendments or modifications thereto, or any restatements thereof containing such information and disclosure as such Authorized Officer(s) shall deem necessary or appropriate;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and empowered to take or cause to be taken any and all such further action, to execute and deliver any and all such further instruments and documents and to pay all such fees and expenses, as the Authorized Officer(s) so acting shall deem appropriate in his, her, or their judgment to fully carry out the intent and accomplish the purposes of these Resolutions; and

**FURTHER RESOLVED**, that all actions heretofore taken by the Authorized Officers in the name of and on behalf of the Company in connection with any of the foregoing matters are hereby in all respects ratified, confirmed, and approved.