**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **In re** | § | |
| | § | |
| **PROPEX INC.,** | § | Case No. 08-10249 |
| **PROPEX HOLDINGS INC.,** | § | Case No. 08-10250 |
| **PROPEX CONCRETE SYSTEMS** | § | |
| **CORPORATION,** | § | Case No. 08-10252 |
| **PROPEX FABRICS INTERNATIONAL** | § | |
| **HOLDINGS I INC.,** | § | Case No. 08-10253 |
| **PROPEX FABRICS INTERNATIONAL** | § | |
| **HOLDINGS II INC.,** | § | Case No. 08-10254 |
| | § | **Chapter 11** |
| Debtors. | § | |
| | § | **Jointly Administered Under** |
| | § | **Case No. 08-10249** |

**ORDER DETERMINING THAT THE BID OF PROPEX U.S. ACQUISITION, LLC**
**<u>IS NOT A QUALIFIED BID</u>**
(this relates to Docket No. ___)

Before the Court is the Motion of Propex Inc. ("Propex"), Propex Holdings Inc. ("Holdings"), Propex Concrete Systems Corporation ("Concrete"), Propex Fabrics International Holdings I Inc. ("Fabrics I"), and Propex Fabrics International Holdings II Inc. ("Fabrics II"), each a debtor-in-possession (collectively, the "Debtors"), for an order determining that the Bid of

Propex U.S. Acquisition, LLC c/o Fund II, L.P. ("BDCM") is not a Qualified Bid, as that term is defined in the Bid Procedures. Based upon the pleadings and record, the Court is of the opinion that the relief is proper and should be approved. It is therefore

ORDERED that the bid of BDCM is not a Qualified Bid, and BDCM may not participate in the Auction.

###

Prepared by:

KING & SPALDING, LLP

By: /s/ Henry J. Kaim
Henry J. Kaim
Texas Bar No. 11075400
HKaim@kslaw.com
Mark W. Wege
Texas Bar No. 21074225
MWege@kslaw.com
Edward L. Ripley
Texas Bar No. 16935950
ERipley@kslaw.com
1100 Louisiana, Suite 4000
Houston, Texas  77002
Telephone:  (713) 751-3200
Fax: (713) 751-3290

- and -

Shelley D. Rucker
Tennessee Bar No. 010098
Miller & Martin PLLC
832 Georgia Avenue, Suite 1000
Chattanooga, TN  37402-2289
Phone: (423) 785-8289
Fax: (423) 785-8480
Email: srucker@millermartin.com

**ATTORNEYS FOR THE DEBTORS**