# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION

| | |
|---|---|
| In re: <br><br> Fabrics Estate Inc., et al[1]. <br><br> Debtors. | Case No. 08-10249-JCC <br> (Jointly Administered) |
| Eugene I. Davis, Trustee of the Fabrics Estate Inc. Liquidating Trust, <br><br> Plaintiff, <br><br> vs. <br><br> Defendant's Listed on Status Report Annexed Hereto. | Chapter 11 <br><br><br> Adv. No. Refer to Status Report |

### EUGENE I. DAVIS, TRUSTEE OF THE FABRICS ESTATE INC. LIQUIDATING TRUST AMENDED AVOIDANCE ACTION STATUS REPORT FOR THE DECEMBER 22, 2010 STATUS CONFERENCE

| | | |
|---|---|---|
| Primary Counsel | By | /s/ Alex Govze <br> Joseph L. Steinfeld, Jr., Esq. (*Admitted Pro Hac Vice*) <br> Alex Govze, Esq. (*Admitted Pro Hac Vice*) <br> A·S·K FINANCIAL LLP <br> 2600 Eagan Woods Drive, Suite 400 <br> St. Paul, MN 55121 <br> **Telephone:** (651) 406-9665 ext. 842 <br> **Fax:** (651) 406-9676 <br> **E-Mail:** agovze@askfinancial.com |
| | and | |
| Local Counsel | | Nicholas W. Whittenburg TN 014524 <br> M. Craig Smith TN 24717 <br> MILLER & MARTIN PLLC <br> Volunteer Building, Suite 1000 <br> 832 Georgia Avenue <br> Chattanooga, TN 37402-2289 <br> **Telephone:** (423) 756-6600 **Fax:** (423) 785-8480 |

---

1      The Debtors include: Fabrics Estate Inc. (08-10249), Fabrics Estate Holding Inc. (08-10250), Concrete Estate Systems Corporation (08-10252), Fabrics Estate International Holding I Inc. (08-10253) and Fabrics Estate International Holdings II Inc. (08-10254).

## SUMMARY OF STATISTICS
(Prepared December 15, 2010)

|  | September 15, 2010 Status Conference | December 15, 2010 Status Conference |
|---|---|---|
| Total Number of Avoidance Actions | 275 | 275 |
| Number of Actions Where Service Has Not Been Completed | 3 | 1 |
| Number of Actions Where Service is Completed, But Answers are Due / Extension to Answers Given | 18 | 7 |
| Number of Actions Where Service is Completed, Answers Have Been Filed and Discovery Commenced | 52 | 47 |
| Number of Actions in Default Status | 12 | 11 |
| Number of Actions That Have Been Settled/Dismissed | 190 | 209 |

Eugene I. Davis, Trustee of the Fabrics Estate Inc. Liquidating Trust - Avoidance Action Status Report
Actions Where Service Has Not Been Completed

| | Company Name | Adversary Number | Total Transfers | Status |
|---|---|---|---|---|
| 1 | Banthia Consulting Services Ltd. | 10-01050 | $15,100.00 | Foreign/In Process of Effectuating Proper Service |

December 15, 2010

1

Eugene I. Davis, Trustee of the Fabrics Estate Inc. Liquidating Trust - Avoidance Action Status Report
Actions Where Answers are Not Yet Due or Extensions Have Been Given to Answer

| | Company Name | Adversary Number | Total Transfers | Status |
|---|---|---|---|---|
| 1 | Ampacet Corporation | 10-01025 | $391,185.24 | Extension to Answer |
| 2 | C & M Contracting Services, Inc. | 10-01039 | $18,291.99 | Defendant Filed for Bankrtupcy, Plaintiff Filed Suggestion of Bankruptcy |
| 3 | Cleveland Wood Products Company | 10-01046 | $208,139.87 | Defendant Filed for Bankrtupcy, Plaintiff Filed Suggestion of Bankruptcy |
| 4 | Fiber Resources International, Inc. | 10-01064 | $57,076.14 | Defendant Filed for Bankrtupcy, Plaintiff Filed Suggestion of Bankruptcy |
| 5 | Itema America, Inc. | 10-01170 | $849,034.09 | Extension to Answer |
| 6 | LaFarge Canada, Inc. | 10-01104 | $12,425.33 | Extension to Answer |
| 7 | Mopus Filtration, LLC | 10-01226 | $16,983.72 | Defendant Filed for Bankrtupcy, Plaintiff Filed Suggestion of Bankruptcy |

December 15, 2010

1

Eugene I. Davis, Trustee of the Fabrics Estate Inc. Liquidating Trust - Avoidance Action Status Report
Actions Where Answers Have Been Filed and Discovery Commenced

| | Company Name | Adversary Number | Total Transfer | Status |
|---|---|---|---|---|
| 1 | A-1 Portable Buildings-Carport | 10-01007 | $10,500.00 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 2 | ACDC Electrical Supply, Inc. | 10-01014 | $175,893.64 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 3 | Acute Packaging Company, LLC | 10-01011 | $60,435.00 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 4 | Applied Industrial Technologies, Inc. | 10-01003 | $185,835.40 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 5 | Atlas Bolt Company | 10-01027 | $19,267.54 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 6 | Bell Oaks Company, Inc. | 10-01053 | $60,000.00 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 7 | Breeding Insulation Company, Chattanooga, Inc. d/b/a/ Breeding Insulation | 10-01035 | $14,610.00 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 8 | Dell Receivables LP | 10-01102 | $17,419.27 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 9 | Dilo, Inc. | 10-01105 | $86,915.98 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 10 | Drake Extrusion, Inc. | 10-01059 | $1,270,479.76 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 11 | Electric Power Board of Chattanooga | 10-01209 | $236,815.71 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 12 | Fluor Enterprises, Inc. | 10-01067 | $219,202.30 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 13 | Global Material Technologies, Incorporated dba GMT, Inc. | 10-01180 | $1,822,365.16 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 14 | Goulston Technologies, Inc. | 10-01082 | $422,794.68 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 15 | Hanes Industries, Inc. dba Hanes Converting Co. | 10-01167 | $424,431.20 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 16 | Holston Environmental Services, Inc. dba Holston Environmental Services | 10-01086 | $27,276.91 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 17 | Howard Heating & Air Incorporated dba Howard Heating & Air Co. | 10-01087 | $20,959.37 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 18 | Industrial Air and Mechanical, LLC | 10-01090 | $129,703.77 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 19 | Industrial Fabrics, Inc. | 10-01091 | $191,861.31 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 20 | Integrated Networking Technologies, LLC d/b/a/ Intec-Integrated Networking Technologies | 10-01095 | $23,364.26 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 21 | International Fiber Packaging and L&P Financial Services & Leggett & Platt, Incorporated | 10-01169 | $85,206.00 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 22 | J.J. Jenkins, Incorporated | 10-01173 | $281,014.34 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 23 | Lawson Electric Company, Inc. | 10-01107 | $612,581.39 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 24 | Master Machine, Inc. | 10-01185 | $139,519.50 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 25 | Michael V. Grant | 10-01115 | $10,000.00 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 26 | MPP Inc. aka Mirror Plishing & Plating Inc. | 10-01198 | $26,866.00 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 27 | NDC Infrared Engineering, Inc. | 10-01186 | $163,684.70 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 28 | Old South Restaurant & Catering, LLC | 10-01190 | $14,565.38 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 29 | Open Text Inc. aka Open Text Corporation | 10-01192 | $28,689.56 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 30 | Pactiv Corporation dba Pactiv Building Products | 10-01004 | $76,438.57 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 31 | Peter C. Tatnall | 10-01244 | $24,527.69 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 32 | Professional Facilities Management, Inc. | 10-01249 | $149,269.15 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 33 | Pulcra Chemicals LLC | 10-01135 | $47,548.80 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 34 | Quality Machine & Fabrication, Inc. | 10-01006 | $142,068.46 | Answer Filed/Discovery Commenced/Mediation to Occur |

Eugene I. Davis, Trustee of the Fabrics Estate Inc. Liquidating Trust - Avoidance Action Status Report
Actions Where Answers Have Been Filed and Discovery Commenced

|    | | | | |
|----|---|---|---|---|
| 35 | Royal Petroleum, Inc. dba Royal Petroleum Company, Inc. | 10-01139 | $27,845.53 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 36 | SKAPS Industries | 10-01216 | $132,741.00 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 37 | South Georgia Landscape | 10-01262 | $14,512.50 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 38 | Southern Company Electrotechnologies dba Southern Technologies dba Georgia Power Company | 10-01080 | $2,837,922.58 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 39 | Taffer Textile Machinery, Inc. | 10-01153 | $137,175.13 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 40 | Techmer PM, LLC | 10-01154 | $500,504.50 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 41 | Terry L. Thompson | 10-01230 | $97,649.88 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 42 | The Johnson Group LLC dba The Johnson Group | 10-01232 | $213,435.40 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 43 | The Newark Group, Inc. dba Newark Paperboard Products | 10-01121 | $733,057.33 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 44 | Tilt-Or-Lift, Inc. | 10-01235 | $37,995.00 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 45 | Trane U.S. Inc. | 10-01271 | $237,552.89 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 46 | Vincent Electric Company | 10-01240 | $84,938.39 | Answer Filed/Discovery Commenced/Mediation to Occur |
| 47 | Willstaff, Inc. | 10-01256 | $184,482.54 | Answer Filed/Discovery Commenced/Mediation to Occur |

December 15, 2010

2

Eugene I. Davis, Trustee of the Fabrics Estate Inc. Liquidating Trust - Avoidance Action Status Report
Action in Default Status

|   | Company Name | Adversary Number | Total Transfers | Status |
|---|---|---|---|---|
| 1 | ABBYX Incorporated | 10-01010 | $14,925.00 | Default Judgment Entered |
| 2 | Carolmac Corporation | 10-01066 | $12,508.75 | Filed Request for Default Judgment |
| 3 | Clear Options, Inc. | 10-01071 | $25,715.00 | Default Judgment Entered |
| 4 | Dalton Utilities | 10-01088 | $32,633.55 | Filed Request for Default Judgment |
| 5 | Donald E. McCall dba Mechancial Maintenance | 10-01114 | $22,725.00 | Default Judgment Entered |
| 6 | Grindtec Enterprises Corp. | 10-01120 | $11,545.83 | Default Judgment Entered |
| 7 | Industrial Fiber Sales International, Inc. a/k/a/ Beresford & Hilliard International, Inc., Beresford & Hilliard Intl | 10-01157 | $92,761.10 | Default Judgment Entered |
| 8 | Jenkins Mechanical, Inc. | 10-01172 | $15,955.04 | Filed Request for Default Judgment |
| 9 | Lenox River Farms, LLC | 10-01109 | $36,000.00 | Default Judgment Entered |
| 10 | Michael C. Fina Corporate Sales, Inc. | 10-01017 | $23,077.59 | Default Judgment Entered |
| 11 | Pye-Barker Supply Company | 10-01200 | $13,063.50 | Default Judgment Entered |

Eugene I. Davis, Trustee of the Fabrics Estate Inc. Liquidating Trust - Avoidance Action Status Report
Actions That Have Been Settled/Dismissed

| | Company Name | Adversary Number | Total Transfers | Status |
|---|---|---|---|---|
| 1 | Ace American Insurance Company | 10-01019 | $20,148.62 | Settled/Dismissed |
| 2 | AE Industrial Services | 10-01022 | $17,135.00 | Settled/Dismissed |
| 3 | Alabama Electric Company, Inc. of Dothan | 10-01024 | $23,630.83 | Settled/Dismissed |
| 4 | Alar Sales, Inc. | 10-01013 | $25,075.00 | Settled/Dismissed |
| 5 | Allertex of America, Ltd. | 10-01028 | $12,765.33 | Settled/Dismissed |
| 6 | Allstates Textile Machinery,Inc. | 10-01018 | $34,000.00 | Settled/Dismissed |
| 7 | Altivity Packaging, LLC and Smurfit-Stone Container Corporation | 10-01030 | $170,135.08 | Settled/Dismissed |
| 8 | American Association of State Highway and Transportation Officials dba AASHTO | 10-01009 | $10,940.00 | Settled/Dismissed |
| 9 | American Paper & Twine Company | 10-01033 | $49,956.57 | Settled/To Be Dismissed |
| 10 | American Seal & Engineering Company, Inc. | 10-01036 | $12,010.00 | Settled/Dismissed |
| 11 | American Starlinger-Sahm, Inc. | 10-01031 | $20,381.84 | Settled/Dismissed |
| 12 | Americhem Dalton Subsidiary Inc. | 10-01020 | $85,777.83 | Settled/Dismissed |
| 13 | Ameritape, Inc. | 10-01034 | $18,348.80 | Settled/Dismissed |
| 14 | ANCO A Division of Chem Aqua Inc. dba Anderson Chemical Company | 10-01038 | $40,503.61 | Settled/Dismissed |
| 15 | AT&T Inc. | 10-01045 | $108,228.84 | Settled/Dismissed |
| 16 | Atlantic Coroporation of Wilmington dba Atlantic Corporation aka Atlantic Packaging | 10-01026 | $276,248.82 | Settled/Dismissed |
| 17 | Atlas Material Testing Technology LLC dba Atlas Weathering Services | 10-01029 | $21,888.54 | Settled/Dismissed |
| 18 | B & B Janitorial Service, Inc | 10-01041 | $46,863.84 | Settled/Dismissed |
| 19 | Barloworld Handling, LLC | 10-01032 | $108,048.15 | Settled/Dismissed |
| 20 | BASF Corporation dba BASF Admixtures, Inc. | 10-01057 | $682,126.18 | Settled/Dismissed |
| 21 | Bekaert Carding Solutions, Inc. | 10-01044 | $23,152.00 | Settled/Dismissed |
| 22 | Bekaert Corporation | 10-01051 | $36,628.11 | Settled/Dismissed |
| 23 | Bellwether Inc. | 10-01061 | $41,597.02 | Settled/To Be Dismissed |
| 24 | Bowman-Hollis Manufacturing Co. | 10-01002 | $30,743.89 | Settled/Dismissed |
| 25 | Bracewell & Giuliani, LLP | 10-01196 | $46,551.93 | Settled/Dismissed |
| 26 | Butler Capital Corporation | 10-01055 | $20,779.23 | Settled/Dismissed |
| 27 | C & L Marketing, Inc. | 10-01037 | $11,390.00 | Settled/Dismissed |
| 28 | C.H. Robinson Company | 10-01042 | $1,316,434.50 | Settled/Dismissed |
| 29 | Capgemini US LLC dba Adjoined Consulting LLC | 10-01040 | $370,798.00 | Settled/Dismissed |
| 30 | Carson Machine Company, Inc. | 10-01058 | $41,825.00 | Settled/Dismissed |
| 31 | CDW Corporation dba CDW Select, Inc. | 10-01069 | $12,987.00 | Settled/Dismissed |
| 32 | Centerbeam, Inc. | 10-01072 | $28,619.83 | Settled/Dismissed |
| 33 | Chevron Phillips Chemical Company, LLC | 10-01074 | $200,793.60 | Settled/Dismissed |
| 34 | Clean Harbors Environmental Services, Inc. | 10-01043 | $12,929.77 | Settled/Dismissed |
| 35 | Colorado State University | 10-01048 | $16,280.00 | Settled/Dismissed |

Eugene I. Davis, Trustee of the Fabrics Estate Inc. Liquidating Trust - Avoidance Action Status Report
Actions That Have Been Settled/Dismissed

| # | Name | Case No. | Amount | Status |
|---|---|---|---|---|
| 36 | Columbia California Shoemaker Industrial, LLC | 10-01075 | $89,682.00 | Settled/Dismissed |
| 37 | Comfort Systems, USA | 10-01049 | $22,409.03 | Settled/Dismissed |
| 38 | Constangy, Brooks & Smith, LLC | 10-01079 | $10,374.60 | Settled/Dismissed |
| 39 | Corporate Achievement Programs International, Inc. | 10-01083 | $45,574.75 | Settled/Dismissed |
| 40 | Corporate Express Office Products, Inc. | 10-01078 | $44,988.34 | Settled/Dismissed |
| 41 | CTF Realty, LLC | 10-01052 | $86,400.00 | Settled/Dismissed |
| 42 | Culligan International Company dba Culligan Water Systems | 10-01202 | $12,450.72 | Settled/Dismissed |
| 43 | Customer Diagnostics, Inc. | 10-01085 | $17,500.00 | Settled/Dismissed |
| 44 | D. C. Taylor Co. | 10-01005 | $96,759.00 | Settled/Dismissed |
| 45 | D. M. & E. Corporation | 10-01054 | $51,144.45 | Settled/Dismissed |
| 46 | DanDee Enterprises, Inc. fdba Smith Textile Apron Company, Inc. | 10-01219 | $25,072.05 | Settled/Dismissed |
| 47 | Dawes Hospitality Group dba MainStay Suites | 10-01178 | $11,489.59 | Settled/Dismissed |
| 48 | Decatur County Board of Commissioners d/b/a/ Decatur County Board | 10-01092 | $111,615.41 | Settled/Dismissed |
| 49 | Decosimo Corporate Finance, LLC d/b/a/ Decosimo | 10-01204 | $41,263.40 | Settled/Dismissed |
| 50 | Dell Financial Services, LP | 10-01094 | $79,416.18 | Settled/Dismissed |
| 51 | Deloitte & Touche LLP | 10-01206 | $11,744.00 | Settled/Dismissed |
| 52 | Dillon Supply Company | 10-01012 | $220,847.24 | Settled/Dismissed |
| 53 | Diversified Systems, Inc. | 10-01108 | $10,369.72 | Settled/Dismissed |
| 54 | Docuteam, Inc. | 10-01056 | $48,456.82 | Settled/Dismissed |
| 55 | Doug Hope | 10-01113 | $38,349.78 | Settled/Dismissed |
| 56 | Dow Chemical Company | 10-01116 | $10,509.65 | Settled/Dismissed |
| 57 | Dripowder, LLC | 10-01124 | $25,681.67 | Settled/Dismissed |
| 58 | E & T Converters, Inc. | 10-01097 | $27,135.01 | Settled/Dismissed |
| 59 | Efficient Computer Systems, Inc. | 10-01060 | $17,258.19 | Settled/Dismissed |
| 60 | Electric Motor Sales and Supply Co., Inc. | 10-01207 | $206,515.91 | Settled/Dismissed |
| 61 | Ernst & Young Real Estate Services Company, LLC d/b/a/ Ernst & Young | 10-01062 | $65,413.00 | Settled/Dismissed |
| 62 | Ferrellgas, LP dba Ferrellgas | 10-01128 | $37,407.61 | Settled/Dismissed |
| 63 | Fibervisions Products, Inc. and Fibervisions Incorporated aka Fibervisions Manufacturing Co. | 10-01131 | $679,546.92 | Settled/Dismissed |
| 64 | Fibro Chem, LLC | 10-01134 | $62,086.20 | Settled/Dismissed |
| 65 | Finish Technology Inc. | 10-01099 | $14,162.81 | Settled/Dismissed |
| 66 | Flint Hills Resources, LP | 10-01015 | $169,133.25 | Settled/Dismissed |
| 67 | FMI Corporation | 10-01068 | $37,018.83 | Settled/Dismissed |
| 68 | Forbo Siegling, LLC | 10-01070 | $245,351.75 | Settled/Dismissed |
| 69 | Formed Fiber Technologies, LLC dba Color-Fi, Inc. | 10-01047 | $85,128.42 | Settled/Dismissed |
| 70 | Fortress Technology Inc. | 10-01073 | $31,476.00 | Settled/Dismissed |
| 71 | Foster Needle Co., Inc. | 10-01076 | $177,327.11 | Settled/Dismissed |

Eugene I. Davis, Trustee of the Fabrics Estate Inc. Liquidating Trust - Avoidance Action Status Report
Actions That Have Been Settled/Dismissed

| # | Name | Case No. | Amount | Status |
|---|---|---|---|---|
| 72 | FTS Leesona, Incorporated | 10-01138 | $83,686.41 | Settled/Dismissed |
| 73 | Genstar Investment Corporation dba Genstar Capital L P | 10-01103 | $12,500.00 | Settled/Dismissed |
| 74 | George I. Haigler | 10-01077 | $29,556.00 | Settled/Dismissed |
| 75 | George W. Henderson III | 10-01141 | $42,555.08 | Settled/Dismissed |
| 76 | Georgia-Pacific LLC | 10-01106 | $229,398.63 | Settled/Dismissed |
| 77 | Gilchrist Bag Company, Inc. | 10-01166 | $27,849.99 | Settled/Dismissed |
| 78 | Global Employment Solutions, Inc. | 10-01179 | $358,937.79 | Settled/Dismissed |
| 79 | GMAC Inc. dba GMAC | 10-01111 | $14,858.63 | Settled/Dismissed |
| 80 | Gold Point Marketing, Inc. dba Promoplans/Adventures in Advertising dba Adventures in Advertising | 10-01023 | $35,942.36 | Settled/Dismissed |
| 81 | Graf Metallic of America, Inc. | 10-01118 | $33,416.61 | Settled/To Be Dismissed |
| 82 | Groz-Beckert USA, Inc. | 10-01122 | $287,951.19 | Settled/Dismissed |
| 83 | GSE Lining Technology, Inc. | 10-01125 | $1,102,044.99 | Settled/Dismissed |
| 84 | GTP Greenville, Inc. | 10-01129 | $143,661.35 | Settled/Dismissed |
| 85 | H & H Systems and Services, Inc. | 10-01132 | $28,000.00 | Settled/Dismissed |
| 86 | Hahl, Inc. | 10-01136 | $189,144.68 | Settled/Dismissed |
| 87 | Hayssen Manufacturing, Inc. dba Hayssen Packaging Technologies | 10-01140 | $17,215.65 | Settled/Dismissed |
| 88 | Henry Preston King IV | 10-01084 | $12,500.00 | Settled/Dismissed |
| 89 | Howard Frazier Barket Elliot, Inc. | 10-01089 | $16,519.36 | Settled/Dismissed |
| 90 | Hub City Industrial Supply, Inc. | 10-01144 | $25,592.53 | Settled/Dismissed |
| 91 | In-Cide Technologies, Inc. | 10-01150 | $19,008.00 | Settled/Dismissed |
| 92 | Ineos ABS (USA) Corporation dba Ineos | 10-01093 | $2,143,459.69 | Settled/To Be Dismissed |
| 93 | Instron Corporation | 10-01168 | $22,509.07 | Settled/Dismissed |
| 94 | International Paper Company dba Xpedx | 10-01276 | $49,399.62 | Settled/Dismissed |
| 95 | Interstate Nationalease, Inc. | 10-01096 | $91,473.54 | Settled/Dismissed |
| 96 | Invista S.A.R.L. | 10-01210 | $388,243.03 | Settled/Dismissed |
| 97 | Ivan Ware & Son, Inc. dba Ware, Inc. | 10-01248 | $15,837.95 | Settled/Dismissed |
| 98 | J.M. Fry Company dba JM Fry Printing Inks | 10-01098 | $38,029.21 | Settled/Dismissed |
| 99 | Jefferson Wells International, Inc. dba Jefferson Wells International | 10-01171 | $47,760.00 | Settled/Dismissed |
| 100 | JMW Inc. | 10-01174 | $14,801.00 | Settled/Dismissed |
| 101 | John D. Hollingsworth on Wheels, Inc. | 10-01175 | $154,065.65 | Settled/Dismissed |
| 102 | Johnson's Office Solutions dba Johnsons Office Supply | 10-01100 | $20,381.68 | Settled/Dismissed |
| 103 | Kenneth C. Still | 10-01065 | $48,145.56 | Settled/Dismissed |
| 104 | King & Spalding LLP dba King & Spalding Law Firm LLP | 10-01176 | $257,766.26 | Settled/Dismissed |
| 105 | KPMG LLP | 10-01101 | $152,816.00 | Settled/Dismissed |
| 106 | Lang Ligon & Company, Inc. | 10-01177 | $20,718.62 | Settled/Dismissed |
| 107 | Lease Plan U.S.A., Inc. | 10-01212 | $118,836.29 | Settled/Dismissed |

Eugene I. Davis, Trustee of the Fabrics Estate Inc. Liquidating Trust - Avoidance Action Status Report
Actions That Have Been Settled/Dismissed

| # | Name | Case No. | Amount | Status |
|---|---|---|---|---|
| 108 | Leucadia National Corporation dba Conwed Plastics, Inc | 10-01081 | $87,492.84 | Settled/Dismissed |
| 109 | Livingston & Haven, LLC | 10-01110 | $13,392.18 | Settled/Dismissed |
| 110 | Louis P. Batson Company | 10-01163 | $26,432.02 | Settled/Dismissed |
| 111 | Mangement Recruiters of Chattanooga North, Inc. | 10-01165 | $16,250.00 | Settled/Dismissed |
| 112 | Marsh Micro Systems | 10-01112 | $43,049.58 | Settled/Dismissed |
| 113 | Material Handling, Inc. | 10-01187 | $173,895.09 | Settled/Dismissed |
| 114 | McMaster-Carr Supply Company | 10-01181 | $38,429.60 | Settled/Dismissed |
| 115 | Meca & Technology Machine, Inc. | 10-01182 | $28,237.86 | Settled/To Be Dismissed |
| 116 | Mechanical Equipment Company | 10-01183 | $16,508.03 | Settled/Dismissed |
| 117 | MetLife, Inc. | 10-01191 | $303,197.30 | Settled/Dismissed |
| 118 | Metropower, Inc. dba Albany Electric Company | 10-01016 | $87,910.00 | Settled/Dismissed |
| 119 | Milliken & Company | 10-01117 | $319,742.10 | Settled/Dismissed |
| 120 | Minor, Bell & Neal, P.C. | 10-01214 | $92,425.57 | Settled/Dismissed |
| 121 | Modern Way Printing & Fulfillment Company, Inc. | 10-01184 | $274,851.80 | Settled/Dismissed |
| 122 | Modis, Inc. | 10-01218 | $11,840.00 | Settled/Dismissed |
| 123 | Monahan Sfi, LLC | 10-01220 | $104,068.70 | Settled/Dismissed |
| 124 | Moody's Corporation dba Moody's Investors Service | 10-01223 | $26,000.00 | Settled/Dismissed |
| 125 | Motion Industries, Inc. | 10-01008 | $445,078.69 | Settled/Dismissed |
| 126 | Murray Guard, Inc. | 10-01229 | $58,844.90 | Settled/Dismissed |
| 127 | National Financial Partners dba Charon Planning | 10-01063 | $17,000.00 | Settled/Dismissed |
| 128 | National Union Fire Insurance Company of Pittsburgh, PA | 10-01231 | $52,829.61 | Settled/Dismissed |
| 129 | Net Gain Technologies, Inc. fka ISN Intelligent Systems | 10-01160 | $141,525.28 | Settled/Dismissed |
| 130 | Neuenhauser, Inc. | 10-01233 | $23,831.07 | Settled/Dismissed |
| 131 | New Bedford Thread Co., Inc. | 10-01234 | $21,946.20 | Settled/Dismissed |
| 132 | New Hart Corporation | 10-01236 | $15,000.00 | Settled/Dismissed |
| 133 | Nicole Nichols | 10-01188 | $27,543.05 | Settled/Dismissed |
| 134 | Nicolon Corporation dba Ten Cate Nicolon | 10-01268 | $208,530.00 | Settled/Dismissed |
| 135 | Northeast Georgia Rentals, Inc. | 10-01123 | $14,226.11 | Settled/Dismissed |
| 136 | NSC USA, Inc. fka N. Schlumberger (U.S.A.) Inc. | 10-01126 | $117,573.96 | Settled/Dismissed |
| 137 | Oerlikon Neumag Gmbh | 10-01237 | $36,495.70 | Settled/Dismissed |
| 138 | Orian Rugs, Inc. dba Orian Yarns | 10-01127 | $16,914.15 | Settled/Dismissed |
| 139 | Outback Wood Products, Inc. | 10-01194 | $10,682.50 | Settled/Dismissed |
| 140 | PalletOne, Inc. | 10-01239 | $16,642.30 | Settled/Dismissed |
| 141 | Palmetto Threads and Fabrics, Inc. | 10-01130 | $28,080.00 | Settled/Dismissed |
| 142 | Paul C. O'Malley | 10-01195 | $20,591.48 | Settled/Dismissed |
| 143 | Peacock Oil Co. of Baxley, Inc. | 10-01241 | $33,176.94 | Settled/Dismissed |
| 144 | Platipus Anchors, Inc. and Platipus Anchors Ltd. | 10-01197 | $312,580.00 | Settled/Dismissed |
| 145 | PriceWaterhouseCoopers LLP | 10-01247 | $343,219.51 | Settled/Dismissed |
| 146 | Prime Process Equipment, Inc. | 10-01133 | $75,100.30 | Settled/Dismissed |

Eugene I. Davis, Trustee of the Fabrics Estate Inc. Liquidating Trust - Avoidance Action Status Report
Actions That Have Been Settled/Dismissed

| | | | | |
|---|---|---|---|---|
| 147 | Provident Life and Accident Insurance Company | 10-01217 | $98,046.91 | Settled/Dismissed |
| 148 | Purolator EFP, LLC | 10-01199 | $41,053.93 | Settled/Dismissed |
| 149 | Ralph A. Kenner | 10-01250 | $16,499.66 | Settled/Dismissed |
| 150 | Randall A. Bruinsma | 10-01137 | $26,749.22 | Settled/Dismissed |
| 151 | Republic Services, Inc. fdba Sullivan Environmental Services, Inc. | 10-01152 | $16,066.84 | Settled/Dismissed |
| 152 | Rieter Corporation | 10-01253 | $19,485.70 | Settled/Dismissed |
| 153 | Rogers Ready Mix & Materials, Inc. | 10-01255 | $11,204.46 | Settled/Dismissed |
| 154 | Rome Electric Motor Works, Inc. | 10-01257 | $43,285.22 | Settled/Dismissed |
| 155 | Safety-Kleen Systems, Inc. | 10-01021 | $35,093.46 | Settled/Dismissed |
| 156 | Salem Leasing Corporation | 10-01258 | $68,194.87 | Settled/Dismissed |
| 157 | San Diego Precast Concrete, Inc. | 10-01201 | $10,407.00 | Settled/Dismissed |
| 158 | SAP America, Inc. | 10-01142 | $618,035.66 | Settled/Dismissed |
| 159 | Sasco Chemical Group, Inc. | 10-01143 | $17,129.00 | Settled/Dismissed |
| 160 | Service Materials Group, LLC | 10-01203 | $22,265.00 | Settled/Dismissed |
| 161 | Shaw Industries Group, Inc. | 10-01259 | $4,044,839.71 | Settled/Dismissed |
| 162 | Signal Industrial Products Corporation | 10-01205 | $11,340.72 | Settled/Dismissed |
| 163 | Signode Packaging Systems Corporation | 10-01260 | $15,149.20 | Settled/Dismissed |
| 164 | Simco Technologies, Inc. | 10-01208 | $56,368.03 | Settled/Dismissed |
| 165 | Simpler Consulting Inc. | 10-01211 | $242,894.28 | Settled/Dismissed |
| 166 | SimplexGrinnell LP | 10-01213 | $43,313.80 | Settled/Dismissed |
| 167 | Smith Cleaning of South Hall, Inc. | 10-01145 | $24,392.72 | Settled/Dismissed |
| 168 | Smith, Gambrell & Russell, LLP | 10-01261 | $27,302.56 | Settled/Dismissed |
| 169 | Solutia Inc. | 10-01146 | $298,426.07 | Settled/Dismissed |
| 170 | Southstar Energy Services LLC | 10-01147 | $163,887.96 | Settled/Dismissed |
| 171 | Spherion Corporation | 10-01148 | $42,307.06 | Settled/Dismissed |
| 172 | Standard & Poor's Corporation | 10-01221 | $43,000.00 | Settled/Dismissed |
| 173 | Standridge Color Corporation | 10-01263 | $774,027.44 | Settled/Dismissed |
| 174 | Stantec Consulting Services Inc. fdba Neill and Gunter Incorporated | 10-01119 | $23,702.00 | Settled/To Be Dismissed |
| 175 | Star Electric | 10-01264 | $16,172.25 | Settled/Dismissed |
| 176 | Staubli Corporation | 10-01225 | $18,250.43 | Settled/Dismissed |
| 177 | Stein Fibers, Ltd. | 10-01149 | $170,410.17 | Settled/Dismissed |
| 178 | Stewarts of America, Inc. | 10-01227 | $15,028.00 | Settled/Dismissed |
| 179 | Stork Twin City Testing Corporation | 10-01151 | $25,604.00 | Settled/Dismissed |
| 180 | Symetra Financial Corporation | 10-01228 | $62,560.88 | Settled/Dismissed |
| 181 | Symtech, Inc. fdba Symtech Systems & Technology, | 10-01265 | $188,576.17 | Settled/Dismissed |
| 182 | T & T Machine Shop, Inc. | 10-01266 | $18,089.94 | Settled/Dismissed |
| 183 | T M Poly-Film, Inc. | 10-01270 | $10,386.60 | Settled/Dismissed |
| 184 | Teems Electric Company | 10-01267 | $1,343,433.52 | Settled/Dismissed |
| 185 | Texel Inc. | 10-01155 | $20,692.75 | Settled/Dismissed |

| # | Name | Case No. | Amount | Status |
|---|---|---|---|---|
| 186 | Textech Consulting, Inc. | 10-01269 | $21,341.25 | Settled/Dismissed |
| 187 | The McGraw-Hill Companies, Inc. dba McCraw-Hill Construction | 10-01189 | $88,307.39 | Settled/Dismissed |
| 188 | The Pollard Agency, Inc. | 10-01245 | $182,203.33 | Settled/To Be Dismissed |
| 189 | Tire Centers, LLC | 10-01156 | $25,798.23 | Settled/Dismissed |
| 190 | Total Petrochemicals USA, Inc. | 10-01158 | $8,579,737.01 | Settled/Dismissed |
| 191 | Tri Environmental, Inc. | 10-01159 | $28,426.33 | Settled/Dismissed |
| 192 | Triple H Specialty Company, Inc. | 10-01272 | $76,511.72 | Settled/Dismissed |
| 193 | UniGroup, Inc. fdba United Van Lines, Inc. | 10-01215 | $46,006.26 | Settled/Dismissed |
| 194 | Union Carbide Corporation | 10-01273 | $4,003,668.81 | Settled/Dismissed |
| 195 | United States Roller Works, Inc. | 10-01238 | $16,026.00 | Settled/Dismissed |
| 196 | United Way of Greater Chattanooga | 10-01193 | $22,675.98 | Settled/Dismissed |
| 197 | Verizon Communications Inc. and Cellco Partnership dba Verizon Wireless | 10-01222 | $28,118.81 | Settled/To Be Dismissed |
| 198 | Vision Service Plan | 10-01242 | $71,837.70 | Settled/Dismissed |
| 199 | VM Fiber Feeders Inc. | 10-01243 | $21,624.91 | Settled/Dismissed |
| 200 | W. W. Grainger, Inc. | 10-01164 | $33,033.74 | Settled/Dismissed |
| 201 | Wal-Mart Stores, Inc. | 10-01246 | $104,750.00 | Settled/Dismissed |
| 202 | Walter A. Wood Supply Co., Inc. | 10-01224 | $25,415.87 | Settled/Dismissed |
| 203 | Washington Matters, L.L.C. | 10-01161 | $18,000.00 | Settled/Dismissed |
| 204 | Waste Services of Georgia, LLC | 10-01162 | $10,384.03 | Settled/Dismissed |
| 205 | Webex, Inc. | 10-01251 | $16,910.00 | Settled/Dismissed |
| 206 | Whitfield County Tax Commission | 10-01252 | $23,642.38 | Settled/Dismissed |
| 207 | William Barnet & Son, LLC | 10-01254 | $24,029.35 | Settled/Dismissed |
| 208 | Willis Insurance Services of Georgia, Inc. | 10-01274 | $30,000.00 | Settled/Dismissed |
| 209 | Windward Petroleum, Inc. | 10-01275 | $13,415.67 | Settled/Dismissed |