UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

IN RE: )
) Case No. 08-10249
FABRICS ESTATE INC., et al. )
) Chapter 11
Debtor(s). )

QUARTERLY OPERATING REPORT
FOR THE PERIOD ENDING DECEMBER 31, 2010

COMES NOW, Fabrics Estate Liquidating Trust, successor to Fabrics Estate Inc, Fabrics Estate Holdings Inc.,

Concrete Estate Systems Corporation, Fabrics Estate International Holdings I Inc., and Fabrics Estate International

Holdings II Inc., Debtors-In-Possession, and hereby submits its Quarterly Operating Report for the period commencing

October 1, 2010 and ending December 31, 2010 as shown by the report and exhibits consisting of 6 pages and

containing the following, as indicated:

| | |
|---|---|
| 1 | Disbursement Totals |
| 3 | Quarterly Reporting Questionnaire (Attachments 1, 2 and 3) |
| 0 | Comparative Balance Sheets (Forms OPR-1 & OPR-2) |
| 0 | Summary of Accounts Receivable (Form OPR-3) |
| 0 | Schedule of Postpetition Liabilities (Form OPR-4) |
| 0 | Statement of Income (Loss) (Form OPR-5) |
| 0 | Statement of Sources and Uses of Cash (Form OPR-6) |
| 2 | Certificate of Service |

I declare under penalty of perjury that this report and all attachments are true and correct to the best of my knowledge

and belief. I also hereby certify that the original Quarterly Operating Report was delivered to Miller & Martin PLLC to be

filed with the Bankruptcy Court Clerk and a copy delivered to the U. S. Trustee and such other parties as listed on the

attached Certificate of Service.

Date: 1/18/11

FABRICS ESTATE LIQUIDATING TRUST

By: _____
Name & Title: Eugene I. Davis
Liquidating Trustee

Address: C/O Mannon Consulting LLC
PO Box 1564
West Chester, OH 45071-1564
Telephone No. (614) 560-6071

CASE NAME:     FABRICS ESTATE INC., et al.          QUARTER ENDED:     12/31/2010

CASE NUMBER:     08-10249

1.  Payroll:  State the amount of all executive wages paid and taxes withheld and paid during
    the reporting period.

| Name and Title of Executive | Wages and Other Amounts Paid | | Taxes | |
|---|---|---|---|---|
| | Amount Due | Amount Paid | Amount Due | Amount Paid |

   ***Fabrics Estate Liquidating Trust has no employees and therefore no payroll, wages, or taxes to report.***

              Totals

2.  Insurance:  List all insurance coverage in effect in the schedule below.  If any policy
    has lapsed, been replaced or renewed, attach a copy of the new policy's binder or cover
    page indicating the amount of coverage and the expiration date.

| Type | Carrier's Name | Coverage Amount | Expiration Date | Premium Amounts | Date Coverage Paid Through |
|---|---|---|---|---|---|
| Property | _____ N/A | | | | |
| Workers' comp. | | | | | |
| General liab. | | | | | |
| Vehicle | | | | | |
| Other (specify): | | | | | |
| | | | | | |
| | | | | | |

CASE NAME: FABRICS ESTATE INC., et al.

CASE NUMBER: 08-10249

QUARTER ENDED: 12/31/2010

3. Bank Accounts

| | Operating | Payroll | Operating Trust's Acct Wilmington Trust | Investment Trust's Acct Wilmington Trust | Trust | Petty Cash Office | Total |
|---|---|---|---|---|---|---|---|
| Name of Bank | | | | | | | |
| Account # | | | XXXX-8721 | XX4374-000 | N/A | N/A | |
| Beginning book balance | | | 9,094 | 3,317,266 | | | 3,326,360 < MUST AGREE WITH OPR-1 |
| Add: Deposits or Interest | | | | 488,147 | | | 488,147 |
| Voided checks | | | | | | | |
| Transfers in ** | | | 80,000 | | | | 80,000 |
| Less: Disbursements * | | | 83,866 | 120,666 | | | 204,532 |
| Transfers out ** | | | | 80,000 | | | 80,000 |
| Ending book balance | 0 | 0 | 5,228 | 3,604,747 | 0 | 0 | 3,609,975 < MUST AGREE WITH OPR-1 |

* NOTE: ATTACH COPY OF CASH DISBURSEMENTS JOURNAL OR OTHER RECORD SHOWING DATE, PAYEE, PURPOSE AND
AMOUNT FOR ALL CASH OR CHECK DISBURSEMENTS.

** USE TRANSFER LINE ONLY FOR TRANSFERS BETWEEN DEBTOR'S BANK ACCOUNTS. TRANSFERS IN SHOULD EQUAL TRANSFERS OUT.

4. Special Payments: List and explain any payments to professionals (attorneys, accountants, etc.)
and payments on prepetition debts in the schedule below (attach separate sheet if necessary).

| | | | Authority |
|---|---|---|---|
| Professional/prepetition creditor | Amount | Date | (Court order dated _____, e.g.) |
| | | | ------------------------------------------------------- |

*PLEASE SEE ATTACHED LIST OF DISBURSEMENTS*

CASE NAME:      FABRICS ESTATE INC., et al.           Attachment 3
                                                             Revised 5/05

CASE NUMBER:      08-10249

Has any property of the debtor been sold or otherwise transferred other than in the ordinary course of the debtor's business?

        YES _____        NO   X _____

If so, give a description of the property, to whom it was transferred, the date of the transfer, costs and expenses associated with the transfer (including all seller closing costs and loan payoff amounts) and the net amount received.  If available, attach a copy of the settlement statement associated with the closing.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Quarterly Operating Report has been forwarded by U.S. First Class mail, postage prepaid, to the persons or offices listed below and by electronic service to the United States Trustee through the ECF system on this the 16th day of January 2011.

Nicholas W. Whittenburg
Tennessee Bar No. 014524
Miller & Martin PLLC
832 Georgia Avenue, Suite 1000
Chattanooga, TN 37402-2289
Phone: (423) 785-8383
Fax: (423) 785-8480
Email: nwhittenburg@millermartin.com

**COUNSEL FOR THE FABRICS ESTATE LIQUIDATING TRUST**

# Fabrics Estate Inc. Liquidating Trust
# Disbursement Report
## October through December 2010

| Type | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| **Oct - Dec 10** | | | | |
| Check | 10/6/2010 | | Bank Fees | -21.55 |
| Bill Pmt -... | 10/21/2010 | 176 | US Trustee | -6,175.00 |
| Bill Pmt -... | 10/28/2010 | 177 | Epiq Bankruptcy Solutions LLC | -2,644.30 |
| Bill Pmt -... | 10/28/2010 | 178 | Mannon Consulting LLC | -2,652.00 |
| Bill Pmt -... | 10/28/2010 | 179 | Miller & Martin PLLC | -5,541.02 |
| Bill Pmt -... | 10/28/2010 | 180 | Pirinate Consulting Group LLC | -9,500.00 |
| Check | 11/5/2010 | | Bank Fees | -91.01 |
| Bill Pmt -... | 11/29/2010 | 181 | Epiq Bankruptcy Solutions LLC | -3,475.10 |
| Bill Pmt -... | 11/29/2010 | 182 | Mannon Consulting LLC | -850.50 |
| Bill Pmt -... | 11/29/2010 | 183 | Miller & Martin PLLC | -9,397.50 |
| Bill Pmt -... | 11/29/2010 | 184 | Pirinate Consulting Group LLC | -9,500.00 |
| Bill Pmt -... | 11/29/2010 | 185 | Colorado Secretary of State | -125.00 |
| Check | 12/6/2010 | | Bank Fees | -27.25 |
| Bill Pmt -... | 12/28/2010 | 186 | Corporation Service Company | -3,166.08 |
| Bill Pmt -... | 12/28/2010 | 187 | Epiq Bankruptcy Solutions LLC | -1,133.87 |
| Bill Pmt -... | 12/28/2010 | 188 | Mannon Consulting LLC | -2,470.50 |
| Bill Pmt -... | 12/28/2010 | 189 | Miller & Martin PLLC | -17,430.00 |
| Bill Pmt -... | 12/28/2010 | 190 | Pirinate Consulting Group LLC | -9,665.54 |
| **Oct - Dec 10** | | | | **-83,866.22** |

# Fabrics Estate Inc. Liquidating Trust
## Disbursement Report
### October through December 2010

| Type | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| **Oct - Dec 10** | | | | |
| Bill Pmt -Check | 10/7/2010 | WIRE | ASK Financial | -36,272.25 |
| Bill Pmt -Check | 11/5/2010 | WIRE | ASK Financial | -56,946.75 |
| Bill Pmt -Check | 12/9/2010 | WIRE | ASK Financial | -27,446.74 |
| **Oct - Dec 10** | | | | **-120,665.74** |

# Fabrics Estate Inc. Liquidating Trust
## Reconciliation Summary
### WT - Checking, Period Ending 10/31/2010

|  | Oct 31, 10 |
|---|---|
| **Beginning Balance** | 25,379.58 |
| **Cleared Transactions** | |
| Checks and Payments - 5 Items | -21,290.22 |
| **Total Cleared Transactions** | -21,290.22 |
| **Cleared Balance** | 4,089.36 |
| **Uncleared Transactions** | |
| Checks and Payments - 5 Items | -21,528.58 |
| Deposits and Credits - 1 Item | 80,000.00 |
| **Total Uncleared Transactions** | 58,471.42 |
| **Register Balance as of 10/31/2010** | 62,560.78 |
| **Ending Balance** | 62,560.78 |

# Fabrics Estate Inc. Liquidating Trust
## Reconciliation Detail
### WT - Checking, Period Ending 10/31/2010

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 25,379.58 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 5 items** | | | | | | |
| Bill Pmt -Check | 9/28/2010 | 175 | Pirinate Consulting ... | X | -9,586.02 | -9,586.02 |
| Bill Pmt -Check | 9/28/2010 | 173 | Epiq Bankruptcy So... | X | -3,968.65 | -13,554.67 |
| Bill Pmt -Check | 9/28/2010 | 174 | Mannon Consulting ... | X | -1,539.00 | -15,093.67 |
| Check | 10/6/2010 | | | X | -21.55 | -15,115.22 |
| Bill Pmt -Check | 10/21/2010 | 176 | US Trustee | X | -6,175.00 | -21,290.22 |
| Total Checks and Payments | | | | | -21,290.22 | -21,290.22 |
| Total Cleared Transactions | | | | | -21,290.22 | -21,290.22 |
| **Cleared Balance** | | | | | -21,290.22 | 4,089.36 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 5 items** | | | | | | |
| Bill Pmt -Check | 10/1/2009 | 102 | Control Corporation... | | -1,191.26 | -1,191.26 |
| Bill Pmt -Check | 10/28/2010 | 180 | Pirinate Consulting ... | | -9,500.00 | -10,691.26 |
| Bill Pmt -Check | 10/28/2010 | 179 | Miller & Martin PLLC | | -5,541.02 | -16,232.28 |
| Bill Pmt -Check | 10/28/2010 | 178 | Mannon Consulting ... | | -2,652.00 | -18,884.28 |
| Bill Pmt -Check | 10/28/2010 | 177 | Epiq Bankruptcy So... | | -2,644.30 | -21,528.58 |
| Total Checks and Payments | | | | | -21,528.58 | -21,528.58 |
| **Deposits and Credits - 1 item** | | | | | | |
| Transfer | 10/28/2010 | | | | 80,000.00 | 80,000.00 |
| Total Deposits and Credits | | | | | 80,000.00 | 80,000.00 |
| Total Uncleared Transactions | | | | | 58,471.42 | 58,471.42 |
| Register Balance as of 10/31/2010 | | | | | 37,181.20 | 62,560.78 |
| **Ending Balance** | | | | | 37,181.20 | 62,560.78 |

Close this browser window when finished viewing the report.



**WILMINGTON TRUST**

mannon consulting, LLC

Wilmington Trust Company

Information Reporting

Wilmington Trust Statements for November 02 2010

Printed on 01/11/2011 at 12:27:54 EST

WILMINGTON TRUST COMPANY                2996-8721               DATE OF THIS STATEMENT
10/29/10

FABRICS ESTATE INC LIQUIDATING TR
7305 WILLOWOOD DR
CINCINNATI OH 45241-3707

BUSINESS CHECKING          2996-8721          AVERAGE BALANCE:

10,010.65
SUMMARY          PREVIOUS BALANCE ON 09/30/2010

25,379.58          0 DEPOSITS

0.00          4 CHECKS AND 1 OTHER DEBIT

21,290.22-          ENDING BALANCE ON 10/29/2010

4,089.36

CHECK ACTIVITY                                    * DENOTES A GAP IN
SEQUENCE

| DATE PAID | CHECK NUMBER | AMOUNT | DATE PAID | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|---|
| 10/06 | 173 | 3,968.65 | 10/07 | 174 | 1,539.00 |
| 10/01 | 175 | 9,586.02 | 10/26 | 176 | 6,175.00 |

ALL OTHER ACTIVITY

| DATE | CREDITS | DEBITS | DESCRIPTION |
|---|---|---|---|
| 10/06 | | 21.55 | BUSINESS ANALYSIS SERVICE FEE |

DAILY BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 10/01 | 15,793.56 | 10/06 | 11,803.36 | 10/07 | 10,264.36 |
| 10/26 | 4,089.36 | | | | |

Close this browser window when finished viewing the report.

# Fabrics Estate Inc. Liquidating Trust
## Reconciliation Summary
### WT - Checking, Period Ending 11/30/2010

|  | Nov 30, 10 |
|---|---|
| **Beginning Balance** | 4,089.36 |
|   **Cleared Transactions** | |
|     Checks and Payments - 5 items | -20,428.33 |
|     Deposits and Credits - 1 item | 80,000.00 |
|   **Total Cleared Transactions** | 59,571.67 |
| **Cleared Balance** | 63,661.03 |
|   **Uncleared Transactions** | |
|     Checks and Payments - 6 items | -24,539.36 |
|   **Total Uncleared Transactions** | -24,539.36 |
| **Register Balance as of 11/30/2010** | 39,121.67 |
| **Ending Balance** | 39,121.67 |

# Fabrics Estate Inc. Liquidating Trust
## Reconciliation Detail
### WT - Checking, Period Ending 11/30/2010

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 4,089.36 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 5 items** | | | | | | |
| Bill Pmt -Check | 10/28/2010 | 180 | Pirinate Consulting ... | X | -9,500.00 | -9,500.00 |
| Bill Pmt -Check | 10/28/2010 | 179 | Miller & Martin PLLC | X | -5,541.02 | -15,041.02 |
| Bill Pmt -Check | 10/28/2010 | 178 | Mannon Consulting ... | X | -2,652.00 | -17,693.02 |
| Bill Pmt -Check | 10/28/2010 | 177 | Epiq Bankruptcy So... | X | -2,644.30 | -20,337.32 |
| Check | 11/5/2010 | | | X | -91.01 | -20,428.33 |
| **Total Checks and Payments** | | | | | -20,428.33 | -20,428.33 |
| **Deposits and Credits - 1 item** | | | | | | |
| Transfer | 10/28/2010 | | | X | 80,000.00 | 80,000.00 |
| **Total Deposits and Credits** | | | | | 80,000.00 | 80,000.00 |
| **Total Cleared Transactions** | | | | | 59,571.67 | 59,571.67 |
| **Cleared Balance** | | | | | 59,571.67 | 63,661.03 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 6 items** | | | | | | |
| Bill Pmt -Check | 10/1/2009 | 102 | Control Corporation... | | -1,191.26 | -1,191.26 |
| Bill Pmt -Check | 11/29/2010 | 184 | Pirinate Consulting ... | | -9,500.00 | -10,691.26 |
| Bill Pmt -Check | 11/29/2010 | 183 | Miller & Martin PLLC | | -9,397.50 | -20,088.76 |
| Bill Pmt -Check | 11/29/2010 | 181 | Epiq Bankruptcy So... | | -3,475.10 | -23,563.86 |
| Bill Pmt -Check | 11/29/2010 | 182 | Mannon Consulting ... | | -850.50 | -24,414.36 |
| Bill Pmt -Check | 11/29/2010 | 185 | Colorado Secretary ... | | -125.00 | -24,539.36 |
| **Total Checks and Payments** | | | | | -24,539.36 | -24,539.36 |
| **Total Uncleared Transactions** | | | | | -24,539.36 | -24,539.36 |
| **Register Balance as of 11/30/2010** | | | | | 35,032.31 | 39,121.67 |
| **Ending Balance** | | | | | 35,032.31 | 39,121.67 |

Close this browser window when finished viewing the report.



**WILMINGTON TRUST**

mannon consulting, LLC

Wilmington Trust Company

Information Reporting

Wilmington Trust Statements for December 02 2010

Printed on 01/11/2011 at 12:27:17 EST

```
WILMINGTON TRUST COMPANY          2996-8721          DATE OF THIS STATEMENT
11/30/10
```

```
FABRICS ESTATE INC LIQUIDATING TR
7305 WILLOWOOD DR
CINCINNATI OH 45241-3707
```

```
BUSINESS CHECKING          2996-8721          AVERAGE BALANCE:

48,865.87
SUMMARY
                 PREVIOUS BALANCE ON 10/29/2010
4,089.36
                 0 DEPOSITS AND 1 OTHER CREDIT
80,000.00
                 4 CHECKS AND 3 OTHER DEBITS
20,428.33-
                 ENDING BALANCE ON 11/30/2010
63,661.03
```

```
CHECK ACTIVITY                          * DENOTES A GAP IN
SEQUENCE

DATE        CHECK        AMOUNT         DATE        CHECK        AMOUNT
PAID        NUMBER                      PAID        NUMBER

11/08        177        2,644.30        11/15        178        2,652.00
11/05        179        5,541.02        11/05        180        9,500.00
```

```
ALL OTHER ACTIVITY

DATE        CREDITS        DEBITS        DESCRIPTION

11/04                      21.01         BUSINESS ANALYSIS SERVICE FEE
11/05                      35.00         FEE FOR OVERDRAFT
11/05                      35.00         FEE FOR OVERDRAFT
11/08       80,000.00                    TRANSFER FROM TRUST SERVICE 094374-000.1
```

```
DAILY BALANCE
DATE              AMOUNT      DATE              AMOUNT    DATE              AMOUNT
11/01            4,089.36     11/04            4,068.35   11/05
11,042.67-
11/08           66,313.03     11/15           63,661.03
```

Close this browser window when finished viewing the report.

# Fabrics Estate Inc. Liquidating Trust
## Reconciliation Summary
### WT - Checking, Period Ending 12/31/2010

|  | Dec 31, 10 |
|---|---|
|  |  |
| **Beginning Balance** | 63,661.03 |
| Cleared Transactions |  |
| Checks and Payments - 8 items | -35,511.39 |
| **Total Cleared Transactions** | -35,511.39 |
|  |  |
| **Cleared Balance** | **28,149.64** |
|  |  |
| Uncleared Transactions |  |
| Checks and Payments - 4 items | -22,921.21 |
| **Total Uncleared Transactions** | -22,921.21 |
|  |  |
| **Register Balance as of 12/31/2010** | **5,228.43** |
| **Ending Balance** | 5,228.43 |

# Fabrics Estate Inc. Liquidating Trust
## Reconciliation Detail
### WT - Checking, Period Ending 12/31/2010

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 63,661.03 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 8 items** | | | | | | |
| Bill Pmt -Check | 11/29/2010 | 184 | Pirinate Consulting ... | X | -9,500.00 | -9,500.00 |
| Bill Pmt -Check | 11/29/2010 | 183 | Miller & Martin PLLC | X | -9,397.50 | -18,897.50 |
| Bill Pmt -Check | 11/29/2010 | 181 | Epiq Bankruptcy So... | X | -3,475.10 | -22,372.60 |
| Bill Pmt -Check | 11/29/2010 | 182 | Mannon Consulting ... | X | -850.50 | -23,223.10 |
| Bill Pmt -Check | 11/29/2010 | 185 | Colorado Secretary ... | X | -125.00 | -23,348.10 |
| Check | 12/6/2010 | | | X | -27.25 | -23,375.35 |
| Bill Pmt -Check | 12/28/2010 | 190 | Pirinate Consulting ... | X | -9,665.54 | -33,040.89 |
| Bill Pmt -Check | 12/28/2010 | 188 | Mannon Consulting ... | X | -2,470.50 | -35,511.39 |
| Total Checks and Payments | | | | | -35,511.39 | -35,511.39 |
| Total Cleared Transactions | | | | | -35,511.39 | -35,511.39 |
| **Cleared Balance** | | | | | -35,511.39 | 28,149.64 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Bill Pmt -Check | 10/1/2009 | 102 | Control Corporation... | | -1,191.26 | -1,191.26 |
| Bill Pmt -Check | 12/28/2010 | 189 | Miller & Martin PLLC | | -17,430.00 | -18,621.26 |
| Bill Pmt -Check | 12/28/2010 | 186 | Corporation Service... | | -3,166.08 | -21,787.34 |
| Bill Pmt -Check | 12/28/2010 | 187 | Epiq Bankruptcy So... | | -1,133.87 | -22,921.21 |
| Total Checks and Payments | | | | | -22,921.21 | -22,921.21 |
| Total Uncleared Transactions | | | | | -22,921.21 | -22,921.21 |
| Register Balance as of 12/31/2010 | | | | | -58,432.60 | 5,228.43 |
| **Ending Balance** | | | | | **-58,432.60** | **5,228.43** |

Close this browser window when finished viewing the report.



**WILMINGTON TRUST**

mannon consulting, LLC

Wilmington Trust Company

Information Reporting

Wilmington Trust Statements for January 04 2011

Printed on 01/11/2011 at 12:25:47 EST

WILMINGTON TRUST COMPANY      2996-8721     DATE OF THIS STATEMENT
12/31/10

FABRICS ESTATE INC LIQUIDATING TR
7305 WILLOWOOD DR
CINCINNATI OH 45241-3707

BUSINESS CHECKING     2996-8721         AVERAGE BALANCE:

44,791.00
SUMMARY      PREVIOUS BALANCE ON 11/30/2010

63,661.03     0 DEPOSITS

0.00      7 CHECKS AND 1 OTHER DEBIT

35,511.39-    ENDING BALANCE ON 12/31/2010

28,149.64

CHECK ACTIVITY                     * DENOTES A GAP IN
SEQUENCE

| DATE PAID | CHECK NUMBER | AMOUNT | DATE PAID | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|---|
| 12/07 | 181 | 3,475.10 | 12/09 | 182 | 850.50 |
| 12/07 | 183 | 9,397.50 | 12/08 | 184 | 9,500.00 |
| 12/10 | 185 | 125.00 | 12/31 | 188* | 2,470.50 |
| 12/31 | 190* | 9,665.54 | | | |

ALL OTHER ACTIVITY

| DATE | CREDITS | DEBITS | DESCRIPTION |
|---|---|---|---|
| 12/06 | | 27.25 | BUSINESS ANALYSIS SERVICE FEE |

DAILY BALANCE

webACCESS

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 12/01 | 63,661.03 | 12/06 | 63,633.78 | 12/07 | 50,761.18 |
| 12/08 | 41,261.18 | 12/09 | 40,410.68 | 12/10 | 40,285.68 |
| 12/31 | 28,149.64 | | | | |

Close this browser window when finished viewing the report.

# Fabrics Estate Inc. Liquidating Trust
# Reconciliation Summary
### WT - Investment, Period Ending 10/31/2010

|  | Oct 31, 10 |
|---|---|
| **Beginning Balance** | 3,317,265.50 |
| **Cleared Transactions** | |
| Checks and Payments - 1 item | -36,272.25 |
| Deposits and Credits - 3 items | 150,433.36 |
| **Total Cleared Transactions** | 114,161.11 |
| **Cleared Balance** | 3,431,426.61 |
| **Uncleared Transactions** | |
| Checks and Payments - 1 item | -80,000.00 |
| **Total Uncleared Transactions** | -80,000.00 |
| **Register Balance as of 10/31/2010** | 3,351,426.61 |
| **Ending Balance** | 3,351,426.61 |

# Fabrics Estate Inc. Liquidating Trust
## Reconciliation Detail
### WT - Investment, Period Ending 10/31/2010

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 3,317,265.50 |
|   **Cleared Transactions** | | | | | | |
|     **Checks and Payments - 1 item** | | | | | | |
| Bill Pmt -Check | 10/7/2010 | WIRE | ASK Financial | X | -36,272.25 | -36,272.25 |
|     Total Checks and Payments | | | | | -36,272.25 | -36,272.25 |
|     **Deposits and Credits - 3 items** | | | | | | |
| Deposit | 10/4/2010 | | | X | 26.94 | 26.94 |
| Deposit | 10/7/2010 | | | X | 145,093.45 | 145,120.39 |
| Deposit | 10/14/2010 | | | X | 5,312.97 | 150,433.36 |
|     Total Deposits and Credits | | | | | 150,433.36 | 150,433.36 |
|     Total Cleared Transactions | | | | | 114,161.11 | 114,161.11 |
| Cleared Balance | | | | | 114,161.11 | 3,431,426.61 |
|   **Uncleared Transactions** | | | | | | |
|     **Checks and Payments - 1 item** | | | | | | |
| Transfer | 10/28/2010 | | | | -80,000.00 | -80,000.00 |
|     Total Checks and Payments | | | | | -80,000.00 | -80,000.00 |
|     Total Uncleared Transactions | | | | | -80,000.00 | -80,000.00 |
| Register Balance as of 10/31/2010 | | | | | 34,161.11 | 3,351,426.61 |
| **Ending Balance** | | | | | **34,161.11** | **3,351,426.61** |


**WILMINGTON**
TRUST

**Wilmington Trust Company**
Rodney Square North
1100 North Market Street
Wilmington DE 19890-0001

| Account Number | 094374-000 |
| --- | --- |

*As of October 31, 2010*

## Statement of Account

Wilmington Trust Company as Custodian
under Agreement dated 8/25/2008 among
Fabrics Estate Inc Liquidating Trust

If you have questions regarding this statement, please
contact the appropriate individual(s) noted below. You
may also write to the address appearing above.

*Account Administrator: David B. Young 302-636-5216*

1407254 02    T    9102    000161448 0001N

LOIS MANNON
C/O MANNON CONSULTING LLC
7305 WILLOWOOD DR
CINCINNATI OH 45241


**WILMINGTON**
TRUST

# Important Information

The market value and estimated income information contained in this statement reflect market quotations at the close of your statement period and may not reflect current values. This statement should not be used to prepare tax documents. Information for tax reporting purposes will be reflected in your annual Wilmington Trust Tax Information Letter. Please contact your relationship manager if you have any questions.

## Table of Contents

|  | PAGE |
| --- | --- |
| SUMMARY | |
| Investment | 1 |
| Activity | 2 |
| DETAIL | |
| Investment | 3 |
| Activity | 4 |
| Pending Activity | 5 |

## Subject Account(s) & Portfolio(s)

| ACCOUNT NUMBER | ACCOUNT NAME | | | | |
| --- | --- | --- | --- | --- | --- |
| 094374-000 | FABRICS ESTATE INC | | | | |
| | PORTFOLIO TYPE | PORTFOLIO NUMBER | PORTFOLIO NAME | | CURRENCY |
| | PRINCIPAL | 001 | FABRICS ESTATE INC PRI USD | | U.S. DOLLAR |

2010-11-0200000725600000 CDB1407254 0001 0001119936 000161447 00001000 094374-000


**WILMINGTON TRUST**

# Summary of Investments

| PORTFOLIO | INVESTMENT CATEGORY | MARKET VALUE (M/V) As of 9/30/2010 | % OF M/V | MARKET VALUE (M/V) As of 10/31/2010 | % OF M/V |
|---|---|---|---|---|---|
| **PRINCIPAL PORTFOLIO(S)** | | | | | |
| PORTFOLIO 1: FABRICS ESTATE INC PRI USD | | | | | |
| | SHORT-TERM INVESTMENTS | | | | |
| | TOTAL SHORT-TERM INVESTMENTS | $3,317,265.50 | 100.00 | $3,431,426.61 | 100.00 |
| **TOTAL PRINCIPAL PORTFOLIO(S)** | | 3,317,265.50 | 100.00 | 3,431,426.61 | 100.00 |
| | TOTAL ACCRUED INCOME | 26.94 | | 28.99 | |
| | TOTAL MARKET VALUE WITH ACCRUED INCOME | 3,317,292.44 | | 3,431,455.60 | |

 **WILMINGTON**
TRUST

**Summary of Activity**

|  | CASH | CASH MANAGEMENT |
|---|---|---|
| **PRINCIPAL** | | |
| PORTFOLIO 1: FABRICS ESTATE INC PRI USD | | |
| OPENING BALANCES: | 0.00 | 3,317,265.50 |
|     RECEIPTS | | |
|         Dividends | 26.94 | 0.00 |
|         Other Receipts | 150,406.42 | 0.00 |
|     TOTAL RECEIPTS | 150,433.36 | 0.00 |
|     DISBURSEMENTS | | |
|         Other Disbursements | (36,272.25) | 0.00 |
|     TOTAL DISBURSEMENTS | (36,272.25) | 0.00 |
|     CASH MANAGEMENT ACTIVITY | | |
|         Cash Management Purchases | (150,433.36) | 150,433.36 |
|         Cash Management Sales | 36,272.25 | (36,272.25) |
|     NET CASH MANAGEMENT | (114,161.11) | 114,161.11 |
| CLOSING BALANCES: | 0.00 | 3,431,426.61 |

2010-11-0200000725600000 CDB1407254 0001 0001119936 000161446 00113100 094374-000


## WILMINGTON TRUST

# Investment Detail

| QUANTITY<br>DESCRIPTION | MARKET VALUE (M/V)<br>MARKET UNIT PRICE | %M/V | FEDERAL TAX COST<br>AVERAGE UNIT COST | UNREALIZED<br>GAIN(LOSS) | ACCRUED<br>INCOME | ESTIMATED<br>ANNUAL INCOME | YIELD (%)<br>YTM (%) |
|---|---|---|---|---|---|---|---|
| **PRINCIPAL PORTFOLIO(S)** | | | | | | | |
| PORTFOLIO 1: FABRICS ESTATE INC PRI USD | | | | | | | |
| SHORT-TERM INVESTMENTS | | | | | | | |
| 3,431,426.6100 | $3,431,426.61 | 100.00 | $3,431,426.61 | $0.00 | $28.99 | $343.18 | 0.01 |
| WILMINGTON US GOVT FUND SERVICE CLASS | 1.0000 | | 1.00 | | | | |
| TOTAL SHORT-TERM INVESTMENTS | | | | | | | |
| | 3,431,426.61 | 100.00 | 3,431,426.61 | 0.00 | 28.99 | 343.18 | 0.01 |
| TOTAL PRINCIPAL PORTFOLIO(S) | 3,431,426.61 | 100.00 | 3,431,426.61 | 0.00 | 28.99 | 343.18 | 0.01 |
| TOTAL ACCRUED INCOME | 28.99 | | | | | | |
| TOTAL MARKET VALUE WITH ACCRUED INCOME | 3,431,455.60 | | | | | | |


**WILMINGTON TRUST**

# Activity Detail

| DATE | TYPE | QUANTITY | DESCRIPTION | CASH | CASH MANAGEMENT |
|---|---|---|---|---|---|
| **PRINCIPAL** | | | | | |
| **PORTFOLIO 1: FABRICS ESTATE INC PRI USD** | | | | | |
| **OPENING BALANCES:** | | | | 0.00 | 3,317,265.50 |
| 10/4/2010 | DIVIDEND | | CASH DIVIDEND | 26.94 | |
| | | | WILMINGTON US GOVT FUND SERVICE CLASS | | |
| | | | PAYABLE 10/1/2010 | | |
| | CASH MGT PURCHASE | 26.9400 | SWEEP PURCHASE | (26.94) | 26.94 |
| | | | WILMINGTON US GOVT FUND SERVICE CLASS | | |
| | | | PURCHASED AT 1.00 | | |
| 10/6/2010 | OTHER RECEIPT | | CASH RECEIPT | 145,093.45 | |
| | | | WIRED FROM:FABRIC ESTATES LIQUIDATING TRUST | | |
| | CASH MGT PURCHASE | 145,093.4500 | SWEEP PURCHASE | (145,093.45) | 145,093.45 |
| | | | WILMINGTON US GOVT FUND SERVICE CLASS | | |
| | | | PURCHASED AT 1.00 | | |
| 10/12/2010 | OTHER DISBURSEMENT | | MISCELLANEOUS CASH DISBURSEMENT | (36,272.25) | |
| | | | PAID TO ASK FINANCIAL LLP 2755745763 | | |
| | | | RE: FABRICS ESTATE LIQ_TR | | |
| | | | BALANCE DUE, INV DTD 10/6/10 | | |
| | | | DEPOSITED FROM ACCOUNT NUMBER 2755745763 | | |
| | CASH MGT SALE | (36,272.2500) | SWEEP REDEMPTION | 36,272.25 | (36,272.25) |
| | | | WILMINGTON US GOVT FUND SERVICE CLASS | | |
| | | | SOLD AT 1.00 | | |
| 10/18/2010 | OTHER RECEIPT | | MISCELLANEOUS CASH RECEIPT | 5,312.97 | |
| | | | PROPEX FABRICS INC CORPORATE INCOME TAX REFUND | | |
| | CASH MGT PURCHASE | 5,312.9700 | SWEEP PURCHASE | (5,312.97) | 5,312.97 |
| | | | WILMINGTON US GOVT FUND SERVICE CLASS | | |
| | | | PURCHASED AT 1.00 | | |
| **CLOSING BALANCES:** | | | | 0.00 | 3,431,426.61 |

2010-11-0200000725600000 CDB1407254 0001 0001119936 00016 1445 00128100 094374-000

**WILMINGTON TRUST**

# Pending Activity Detail

| DATE PENDING | TYPE | QUANTITY PENDING | DESCRIPTION | AMOUNT PENDING |
|---|---|---|---|---|

**PRINCIPAL**

**PORTFOLIO 1: FABRICS ESTATE INC PRI USD**

No pending activity to report.

# Fabrics Estate Inc. Liquidating Trust
## Reconciliation Summary
### WT - Investment, Period Ending 11/30/2010

|  | Nov 30, 10 |
|---|---|
| Beginning Balance | 3,431,426.61 |
| Cleared Transactions |  |
| Checks and Payments - 2 items | -136,946.75 |
| Deposits and Credits - 2 items | 227,821.92 |
| Total Cleared Transactions | 90,875.17 |
| Cleared Balance | 3,522,301.78 |
| Register Balance as of 11/30/2010 | 3,522,301.78 |
| Ending Balance | 3,522,301.78 |

# Fabrics Estate Inc. Liquidating Trust
## Reconciliation Detail
### WT - Investment, Period Ending 11/30/2010

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 3,431,426.61 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 Items** | | | | | | |
| Transfer | 10/28/2010 | | | X | -80,000.00 | -80,000.00 |
| Bill Pmt -Check | 11/5/2010 | WIRE | ASK Financial | X | -56,946.75 | -136,946.75 |
| Total Checks and Payments | | | | | -136,946.75 | -136,946.75 |
| **Deposits and Credits - 2 Items** | | | | | | |
| Deposit | 11/2/2010 | | | X | 28.99 | 28.99 |
| Deposit | 11/5/2010 | | | X | 227,792.93 | 227,821.92 |
| Total Deposits and Credits | | | | | 227,821.92 | 227,821.92 |
| Total Cleared Transactions | | | | | 90,875.17 | 90,875.17 |
| **Cleared Balance** | | | | | 90,875.17 | 3,522,301.78 |
| Register Balance as of 11/30/2010 | | | | | 90,875.17 | 3,522,301.78 |
| **Ending Balance** | | | | | 90,875.17 | 3,522,301.78 |

 **WILMINGTON**
TRUST

**Wilmington Trust Company**
Rodney Square North
1100 North Market Street
Wilmington DE 19890-0001

## Statement of Account

Wilmington Trust Company as Custodian
under Agreement dated 8/25/2008 among
Fabrics Estate Inc Liquidating Trust

If you have questions regarding this statement, please
contact the appropriate individual(s) noted below. You
may also write to the address appearing above.

*Account Administrator: David B. Young 302-636-5216*

1407313 02   T   9202   000159479 0001N

LOIS MANNON
C/O MANNON CONSULTING LLC
7305 WILLOWOOD DR
CINCINNATI OH 45241

2010-12-0200000073160000 CDB1407313 0001 0001119936 000159479 00001000 094374-000

 **WILMINGTON**
TRUST

## Important Information

The market value and estimated income information contained in this statement reflect market quotations at the close of your statement period and may not reflect current values. This statement should not be used to prepare tax documents. Information for tax reporting purposes will be reflected in your annual Wilmington Trust Tax Information Letter. Please contact your relationship manager if you have any questions.

## Table of Contents

| | PAGE |
|---|---|
| SUMMARY | |
| Investment | 1 |
| Activity | 2 |
| DETAIL | |
| Investment | 3 |
| Activity | 4 |
| Pending Activity | 5 |

## Subject Account(s) & Portfolio(s)

| ACCOUNT NUMBER | ACCOUNT NAME | | | |
|---|---|---|---|---|
| 094374-000 | FABRICS ESTATE INC | | | |

| PORTFOLIO TYPE | PORTFOLIO NUMBER | PORTFOLIO NAME | CURRENCY |
|---|---|---|---|
| PRINCIPAL | 001 | FABRICS ESTATE INC PRI USD | U.S. DOLLAR |


**WILMINGTON TRUST**

# Summary of Investments

| PORTFOLIO | INVESTMENT CATEGORY | MARKET VALUE (M/V) As of 10/31/2010 | % OF M/V | MARKET VALUE (M/V) As of 11/30/2010 | % OF M/V |
|---|---|---|---|---|---|
| **PRINCIPAL PORTFOLIO(S)** | | | | | |
| PORTFOLIO 1: FABRICS ESTATE INC PRI USD | | | | | |
| SHORT-TERM INVESTMENTS | | | | | |
| | TOTAL SHORT-TERM INVESTMENTS | $3,431,426.61 | 100.00 | $3,522,301.78 | 100.00 |
| **TOTAL PRINCIPAL PORTFOLIO(S)** | | 3,431,426.61 | 100.00 | 3,522,301.78 | 100.00 |
| | TOTAL ACCRUED INCOME | 28.99 | | 28.96 | |
| | TOTAL MARKET VALUE WITH ACCRUED INCOME | 3,431,455.60 | | 3,522,330.74 | |

 **WILMINGTON**
TRUST

# Summary of Activity

| | CASH | CASH MANAGEMENT |
| --- | --- | --- |
| **PRINCIPAL** | | |
| PORTFOLIO 1: FABRICS ESTATE INC PRI USD | | |
| OPENING BALANCES: | 0.00 | 3,431,426.61 |
|     RECEIPTS | | |
|         Dividends | 28.99 | 0.00 |
|         Other Receipts | 227,792.93 | 0.00 |
|     TOTAL RECEIPTS | 227,821.92 | 0.00 |
|     DISBURSEMENTS | | |
|         Other Disbursements | (136,946.75) | 0.00 |
|     TOTAL DISBURSEMENTS | (136,946.75) | 0.00 |
|     CASH MANAGEMENT ACTIVITY | | |
|         Cash Management Purchases | (227,821.92) | 227,821.92 |
|         Cash Management Sales | 136,946.75 | (136,946.75) |
|     NET CASH MANAGEMENT | (90,875.17) | 90,875.17 |
| CLOSING BALANCES: | 0.00 | 3,522,301.78 |


**WILMINGTON TRUST**

# Investment Detail

| QUANTITY DESCRIPTION | MARKET VALUE (M/V) MARKET UNIT PRICE | %M/V | FEDERAL TAX COST AVERAGE UNIT COST | UNREALIZED GAIN/(LOSS) | ACCRUED INCOME | ESTIMATED ANNUAL INCOME | YIELD (%) YTM (%) |
|---|---|---|---|---|---|---|---|
| **PRINCIPAL PORTFOLIO(S)** | | | | | | | |
| PORTFOLIO 1: FABRICS ESTATE INC PRI USD | | | | | | | |
| SHORT-TERM INVESTMENTS | | | | | | | |
| 3,522,301.7800 | $3,522,301.78 | 100.00 | $3,522,301.78 | $0.00 | $28.96 | $352.27 | 0.01 |
| WILMINGTON US GOVT FUND SERVICE CLASS | 1.0000 | | 1.00 | | | | |
| TOTAL SHORT-TERM INVESTMENTS | 3,522,301.78 | 100.00 | 3,522,301.78 | 0.00 | 28.96 | 352.27 | 0.01 |
| TOTAL PRINCIPAL PORTFOLIO(S) | 3,522,301.78 | 100.00 | 3,522,301.78 | 0.00 | 28.96 | 352.27 | 0.01 |
| TOTAL ACCRUED INCOME | 28.96 | | | | | | |
| TOTAL MARKET VALUE WITH ACCRUED INCOME | 3,522,330.74 | | | | | | |



# Activity Detail

| DATE | TYPE | QUANTITY | DESCRIPTION | CASH | CASH MANAGEMENT |
|---|---|---|---|---|---|
| **PRINCIPAL** | | | | | |
| PORTFOLIO 1: FABRICS ESTATE INC PRI USD | | | | | |
| OPENING BALANCES: | | | | 0.00 | 3,431,426.61 |
| 11/2/2010 | DIVIDEND | | CASH DIVIDEND | 28.99 | |
| | | | WILMINGTON US GOVT FUND SERVICE CLASS | | |
| | | | PAYABLE 11/1/2010 | | |
| | CASH MGT PURCHASE | 28.9900 | SWEEP PURCHASE | (28.99) | 28.99 |
| | | | WILMINGTON US GOVT FUND SERVICE CLASS | | |
| | | | PURCHASED AT 1.00 | | |
| 11/4/2010 | OTHER RECEIPT | | CASH RECEIPT | 227,792.93 | |
| | | | WIRED FROM:FABRIC ESTATES LIQUIDATING TRUST | | |
| | CASH MGT PURCHASE | 227,792.9300 | SWEEP PURCHASE | (227,792.93) | 227,792.93 |
| | | | WILMINGTON US GOVT FUND SERVICE CLASS | | |
| | | | PURCHASED AT 1.00 | | |
| 11/5/2010 | OTHER DISBURSEMENT | | MISCELLANEOUS CASH DISBURSEMENT | (56,946.75) | |
| | | | PAID TO ASK FINANCIAL LLP 2755745763 | | |
| | | | BALANCE DUE, INV DTD 11/4/10 | | |
| | | | DEPOSITED FROM ACCOUNT NUMBER 2755745763 | | |
| | CASH MGT SALE | (56,946.7500) | SWEEP REDEMPTION | 56,946.75 | (56,946.75) |
| | | | WILMINGTON US GOVT FUND SERVICE CLASS | | |
| | | | SOLD AT 1.00 | | |
| 11/8/2010 | OTHER DISBURSEMENT | | MISCELLANEOUS DISBURSEMENT | (80,000.00) | |
| | | | PAID TO WILMINGTON TRUST COMPANY | | |
| | | | CASH TRANSFER PER LETTER DTD 10/28/2010 | | |
| | CASH MGT SALE | (80,000.0000) | SWEEP REDEMPTION | 80,000.00 | (80,000.00) |
| | | | WILMINGTON US GOVT FUND SERVICE CLASS | | |
| | | | SOLD AT 1.00 | | |
| CLOSING BALANCES: | | | | 0.00 | 3,522,301.78 |


**WILMINGTON**
TRUST

# Pending Activity Detail

| DATE PENDING | TYPE | QUANTITY PENDING | DESCRIPTION | AMOUNT PENDING |
|---|---|---|---|---|

**PRINCIPAL**
**PORTFOLIO 1: FABRICS ESTATE INC PRI USD**

No pending activity to report.

# Fabrics Estate Inc. Liquidating Trust
## Reconciliation Summary
### WT - Investment, Period Ending 12/31/2010

|  | Dec 31, 10 |
|---|---|
| **Beginning Balance** | 3,522,301.78 |
| **Cleared Transactions** | |
| Checks and Payments - 1 item | -27,446.74 |
| Deposits and Credits - 2 items | 109,891.77 |
| **Total Cleared Transactions** | 82,445.03 |
| **Cleared Balance** | **3,604,746.81** |
| **Register Balance as of 12/31/2010** | 3,604,746.81 |
| **New Transactions** | |
| Deposits and Credits - 1 item | 54,122.38 |
| **Total New Transactions** | 54,122.38 |
| **Ending Balance** | **3,658,869.19** |

# Fabrics Estate Inc. Liquidating Trust
## Reconciliation Detail
### WT - Investment, Period Ending 12/31/2010

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 3,522,301.78 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Bill Pmt -Check | 12/9/2010 | WIRE | ASK Financial | X | -27,446.74 | -27,446.74 |
| Total Checks and Payments | | | | | -27,446.74 | -27,446.74 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 12/7/2010 | | | X | 109,790.72 | 109,790.72 |
| Deposit | 12/22/2010 | | | X | 101.05 | 109,891.77 |
| Total Deposits and Credits | | | | | 109,891.77 | 109,891.77 |
| Total Cleared Transactions | | | | | 82,445.03 | 82,445.03 |
| **Cleared Balance** | | | | | 82,445.03 | 3,604,746.81 |
| Register Balance as of 12/31/2010 | | | | | 82,445.03 | 3,604,746.81 |
| **New Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 1/5/2011 | | | | 54,122.38 | 54,122.38 |
| Total Deposits and Credits | | | | | 54,122.38 | 54,122.38 |
| Total New Transactions | | | | | 54,122.38 | 54,122.38 |
| **Ending Balance** | | | | | 136,567.41 | 3,658,869.19 |

**WILMINGTON**
**TRUST**

**Wilmington Trust Company**
Rodney Square North
1100 North Market Street
Wilmington DE 19890-0001

## Statement of Account

Wilmington Trust Company as Custodian
under Agreement dated 8/25/2008 among
Fabrics Estate Inc Liquidating Trust

If you have questions regarding this statement, please
contact the appropriate individual(s) noted below. You
may also write to the address appearing above.

*Account Administrator: David B. Young 302-636-5216*

1408180 02    T    8104    000284487 0001N

LOIS MANNON
C/O MANNON CONSULTING LLC
7305 WILLOWOOD DR
CINCINNATI OH 45241

WILMINGTON TRUST

# Important Information

The market value and estimated income information contained in this statement reflect market quotations at the close of your statement period and may not reflect current values. This statement should not be used to prepare tax documents. Information for tax reporting purposes will be reflected in your annual Wilmington Trust Tax Information Letter. Please contact your relationship manager if you have any questions.

## Table of Contents

| | PAGE |
| --- | --- |
| SUMMARY | |
| Investment | 1 |
| Activity | 2 |
| DETAIL | |
| Investment | 3 |
| Activity | 4 |
| Pending Activity | 6 |

## Subject Account(s) & Portfolio(s)

| ACCOUNT NUMBER | ACCOUNT NAME | | | |
| --- | --- | --- | --- | --- |
| 094374-000 | FABRICS ESTATE INC | | | |
| | PORTFOLIO TYPE | PORTFOLIO NUMBER | PORTFOLIO NAME | CURRENCY |
| | PRINCIPAL | 001 | FABRICS ESTATE INC PRI USD | U.S. DOLLAR |

2011-01-0400000081860000 CDB1408180 0001 0001119936 000284487 00001000 094374-000



**WILMINGTON TRUST**

# Summary of Investments

| PORTFOLIO | INVESTMENT CATEGORY | MARKET VALUE (M/V) As of 11/30/2010 | % OF M/V | MARKET VALUE (M/V) As of 12/31/2010 | % OF M/V |
|---|---|---|---|---|---|
| **PRINCIPAL PORTFOLIO(S)** | | | | | |
| PORTFOLIO 1: FABRICS ESTATE INC PRI USD | | | | | |
| SHORT-TERM INVESTMENTS | | | | | |
| | TOTAL SHORT-TERM INVESTMENTS | $3,522,301.78 | 100.00 | $3,604,746.81 | 100.00 |
| **TOTAL PRINCIPAL PORTFOLIO(S)** | | 3,522,301.78 | 100.00 | 3,604,746.81 | 100.00 |
| | TOTAL ACCRUED INCOME | 28.96 | | 30.45 | |
| | TOTAL MARKET VALUE WITH ACCRUED INCOME | 3,522,330.74 | | 3,604,777.26 | |



**WILMINGTON TRUST**

## Summary of Activity

|  | CASH | CASH MANAGEMENT |
| --- | ---: | ---: |
| **PRINCIPAL** | | |
| PORTFOLIO 1: FABRICS ESTATE INC PRI USD | | |
| OPENING BALANCES: | 0.00 | 3,522,301.78 |
|     RECEIPTS | | |
|         Dividends | 28.96 | 0.00 |
|         Capital Gains Distributions | 72.09 | 0.00 |
|         Other Receipts | 109,790.72 | 0.00 |
|     TOTAL RECEIPTS | 109,891.77 | 0.00 |
|     DISBURSEMENTS | | |
|         Other Disbursements | (27,446.74) | 0.00 |
|     TOTAL DISBURSEMENTS | (27,446.74) | 0.00 |
|     CASH MANAGEMENT ACTIVITY | | |
|         Cash Management Purchases | (109,891.77) | 109,891.77 |
|         Cash Management Sales | 27,446.74 | (27,446.74) |
|     NET CASH MANAGEMENT | (82,445.03) | 82,445.03 |
| CLOSING BALANCES: | 0.00 | 3,604,746.81 |


**WILMINGTON TRUST**

# Investment Detail

| QUANTITY DESCRIPTION | MARKET VALUE (M/V) MARKET UNIT PRICE | %M/V | FEDERAL TAX COST AVERAGE UNIT COST | UNREALIZED GAIN/(LOSS) | ACCRUED INCOME | ESTIMATED ANNUAL INCOME | YIELD (%) YTM (%) |
|---|---|---|---|---|---|---|---|
| **PRINCIPAL PORTFOLIO(S)** | | | | | | | |
| PORTFOLIO 1: FABRICS ESTATE INC PRI USD | | | | | | | |
| SHORT-TERM INVESTMENTS | | | | | | | |
| 3,604,746.8100 | $3,604,746.81 | 100.00 | $3,604,746.81 | $0.00 | $30.45 | $360.51 | 0.01 |
| WILMINGTON US GOVT FUND SERVICE CLASS | 1.0000 | | 1.00 | | | | |
| TOTAL SHORT-TERM INVESTMENTS | | | | | | | |
| | 3,604,746.81 | 100.00 | 3,604,746.81 | 0.00 | 30.45 | 360.51 | 0.01 |
| **TOTAL PRINCIPAL PORTFOLIO(S)** | 3,604,746.81 | 100.00 | 3,604,746.81 | 0.00 | 30.45 | 360.51 | 0.01 |
| TOTAL ACCRUED INCOME | 30.45 | | | | | | |
| TOTAL MARKET VALUE WITH ACCRUED INCOME | 3,604,777.26 | | | | | | |


**WILMINGTON TRUST**

# Activity Detail

| DATE | TYPE | QUANTITY | DESCRIPTION | CASH | CASH MANAGEMENT |
|---|---|---|---|---|---|
| **PRINCIPAL** | | | | | |
| PORTFOLIO 1: FABRICS ESTATE INC PRI USD | | | | | |
| OPENING BALANCES: | | | | 0.00 | 3,522,301.78 |
| 12/2/2010 | DIVIDEND | | CASH DIVIDEND | 28.96 | |
| | | | WILMINGTON US GOVT FUND SERVICE | | |
| | | | CLASS | | |
| | | | PAYABLE 12/1/2010 | | |
| | CASH MGT PURCHASE | 28.9600 | SWEEP PURCHASE | (28.96) | 28.96 |
| | | | WILMINGTON US GOVT FUND SERVICE | | |
| | | | CLASS | | |
| | | | PURCHASED AT 1.00 | | |
| 12/8/2010 | OTHER RECEIPT | | CASH RECEIPT | 109,790.72 | |
| | | | WIRED FROM:FABRIC ESTATES LIQUIDATING TRUST | | |
| | CASH MGT PURCHASE | 109,790.7200 | SWEEP PURCHASE | (109,790.72) | 109,790.72 |
| | | | WILMINGTON US GOVT FUND SERVICE | | |
| | | | CLASS | | |
| | | | PURCHASED AT 1.00 | | |
| 12/9/2010 | OTHER DISBURSEMENT | | MISCELLANEOUS CASH DISBURSEMENT | (27,446.74) | |
| | | | PAID TO ASK FINANCIAL LLP 2755745763 | | |
| | | | RE: INV DTD 12/7/10 | | |
| | | | DEPOSITED FROM ACCOUNT NUMBER 2755745763 | | |
| | CASH MGT SALE | (27,446.7400) | SWEEP REDEMPTION | 27,446.74 | (27,446.74) |
| | | | WILMINGTON US GOVT FUND SERVICE | | |
| | | | CLASS | | |
| | | | SOLD AT 1.00 | | |
| 12/22/2010 | CAPITAL GAINS DISTRIBUTION | | CAPITAL GAINS DIST RECEIPT (SHORT) | 72.09 | |
| | | | WILMINGTON US GOVT FUND SERVICE | | |
| | | | CLASS | | |
| | | | PAYABLE 12/22/2010 | | |

*continued*

2011-01-0400000818600000 CDB1408180 0001 0001119936 000284485 00128100 094374-000


**WILMINGTON TRUST**

# Activity Detail

| DATE | TYPE | QUANTITY | DESCRIPTION | CASH | CASH MANAGEMENT |
|---|---|---|---|---|---|
| 12/22/2010 | CASH MGT PURCHASE | 72.0900 | SWEEP PURCHASE<br>WILMINGTON US GOVT FUND SERVICE<br>CLASS<br>PURCHASED AT 1.00 | (72.09) | 72.09 |
| CLOSING BALANCES: | | | | 0.00 | 3,604,746.81 |



# Pending Activity Detail

| DATE PENDING | TYPE | QUANTITY PENDING | DESCRIPTION | AMOUNT PENDING |
|---|---|---|---|---|

**PRINCIPAL**
**PORTFOLIO 1: FABRICS ESTATE INC PRI USD**
  No pending activity to report.

2011-01-0400000818600000 CDB1408180 0001 0001119936 000284484 00140100 094374-000